IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff(s), | ) | 8:05cv197 |
| | ) | |
| v. | ) | |
| | ) | |
| $18,995.00 in United States Currency, | ) | |
| | ) | ORDER |
| Defendant(s), | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P. 26(f)</u> and, by June 30, 2005, file their Report of Parties' Planning Conference.

DATED June 13, 2005.

/s/ David L. Piester
United States Magistrate Judge