IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 AUG 29 AM 9:44

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )  8:05CV197<br>) |
| $18,995.00 IN UNITED STATES CURRENCY, | )  JUDGMENT<br>)<br>) |
| Defendant. | ) |

IN ACCORDANCE with the parties' Stipulation filed **August 1,** ~~July~~ ___, 2005, (Filing No. **13**), Judgment is entered herein for the Plaintiff, United States of America, in the amount of $9,497.50.

DATED this **29th** day of ~~July,~~ **August** 2005

~~BY~~ THE COURT:

_/s/ Richard G. Kopf_
RICHARD G. KOPF
UNITED STATES DISTRICT JUDGE

Prepared and Submitted by:

Nancy A. Svoboda   (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700

Approved as to form and content:

$18,995 IN UNITED STATES
CURRENCY, Defendant, and
LARRY BROWN, Claimant

By: _/s/ Michael J. Poepsel_
Michael J. Poepsel (#17601)
Attorney at Law
1905 Harney Street
Omaha, Nebraska  68102
(402) 346-2283